**FILED**
10-31-07
OCT 3 1 2007

MAGISTRATE JUDGE ARLANDER KEYS
UNITED STATES DISTRICT COURT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In the Matter of the Arrest of: | ) ) ) No. 07 CR 714 |
| EWA WIKTORCZYK | ) ) Honorable Arlander Keys ) ) UNDER SEAL |

### GOVERNMENT'S MOTION TO SEAL ARREST WARRANT AND COMPLAINT

The UNITED STATES OF AMERICA, by PATRICK J. FITZGERALD, United States Attorney for the Northern District of Illinois, respectfully requests that the arrest warrant and complaint be sealed as of today's date, October 31, 007, and that it continue to be sealed until April 30, 2008, or further order of the Court, whichever is earlier.

In support of its motion, the government states that the affidavit in support of the complaint and arrest warrant relies prominently upon detailed information obtained from cooperating witnesses, and describes an ongoing investigation. If the information contained in this affidavit and warrant is disclosed at this time, the integrity and confidentiality of the government's ongoing invest would be compromised.

A draft order is attached to this motion.

Respectfully submitted,

PATRICK J. FITZGERALD
United States Attorney

By: _____
William R. Hogan, Jr.
Assistant U.S. Attorney
219 S. Dearborn St., 5th Floor
Chicago, IL 60604
312-886-4185