Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Arlander Keys | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 CR 714 | **DATE** | 10/31/07 |
| **CASE TITLE** | USA vs. Ewa Wiktorczyk | | |

**DOCKET ENTRY TEXT**

Arrest warrant issued.

Docketing to mail notices.

| | Courtroom Deputy Initials: | AC |
|---|---|---|