UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In the Matter of the Arrest of: ) | CR<br>No. 07 CR-714 |
| ) | |
| EWA WIKTORCZYK ) | Honorable Arlander Keys |
| ) | |
| ) | UNDER SEAL |

## ORDER

IT IS HEREBY ORDERED that the arrest warrant and complaint in this matter are ordered sealed as of today's date, October 31, 2007, and shall continue to be sealed until April 30, 2008, or further order of the Court, whichever is earlier.

_Arlander Keys, 10/31/07_
Arlander Keys
U.S. Magistrate Judge