## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Arlander Keys | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 CR 714 | **DATE** | 11/1/2007 |
| **CASE TITLE** | USA vs. Ewa Wiktorczyk | | |

**DOCKET ENTRY TEXT**

Initial appearance proceedings held. Defendant appears in response to arrest on 10/31/07. The defendant is informed of her rights. Paul Blegan files his appearance as retained counsel for Defendant. Preliminary examination set for 11/9/07 at 9:30 a.m. Detention hearing held. The defendant is ordered released on a $250,000 bond secured by property located at           a, Chicago, IL. The Defendant to submit the deed to said property by 11/9/07 as discussed on the record.

Docketing to mail notices.

00:9

| | Courtroom Deputy Initials: | AC |
|---|---|---|