## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Arlander Keys | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 CR 714 | **DATE** | 11/9/2007 |
| **CASE TITLE** | USA vs. Ewa Wiktorczyk | | |

**DOCKET ENTRY TEXT**

Case called for Preliminary Examination. The Defendant waives her right to a Preliminary Examination. Enter a Finding of Probable Cause. The Defendant is ordered Bound to the District Court for further proceedings. Detention hearing held. The defendant is ordered released on a $250,000 bond secured by property located at _____ reet, Chicago, IL. instead of the property located at _____ Chicago, IL as previously stated in a earlier order. *AK*

Docketing to mail notices.

00:9

| | Courtroom Deputy Initials: | AC |
|---|---|---|