UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | |
| | ) | No. 07 CR 714 |
| EWA WIKTORCZYK | ) | Magistrate Judge Arlander Keys |

**GOVERNMENT'S MOTION TO EXONERATE BOND**

The UNITED STATES OF AMERICA, through PATRICK J. FITZGERALD, United States Attorney for the Northern District of Illinois, moves to exonerate the bond entered in this case against defendant EWA WIKTORCZYK, and in support thereof submits the following:

1. Pursuant to a Pretrial Release Oder entered in the above-captioned case on November 9, 2007, Piotr Wiktorczyk and Edyta Poniewozik posted their interest in certain real property to secure defendant EWA WIKTORCZYK's release on bond. As a result, the following property was encumbered pending the defendant's completion of the bond requirements.

   (a)   Real property located at 1758 West Surf Street, Chicago, Illinois, legally described as follows:

   > THE EAST 25.00 FEET OF LOT 8 IN COLUMBIA PLACE SUBDIVISION, BEING A SUBDIVISION IN THE NORTHEAST QUARTER OF SECTION 30, TOWNSHIP 40 NORTH, RANGE 14, EAST OF THE THIRD PRINCIPAL MERIDIAN, IN COOK COUNTY, ILLINOIS.

   P.I.N. 14-30-223-265.

2. As the criminal complaint against the defendant has been dismissed, the security for the bond is no longer required, and the government submits this motion to exonerate the bond. In addition, the government requests that this Court order the release of any lien or other encumbrance lodged against the posted real property and further order that the quit claim deed executed in favor of the United States of America, currently held in the custody of the Clerk of the United States

District Court, Northern District of Illinois, be returned to Piotr Wiktorczyk and Edyta Poniewozik at 1758 West Surf Street, Chicago, Illinois.

        Respectfully submitted,

        PATRICK J. FITZGERALD
        United States Attorney


By:    s/William Hogan
        WILLIAM HOGAN
        Assistant United States Attorney
        219 South Dearborn Street, 5th Floor
        Chicago, Illinois 60604
        (312) 886-4185

## CERTIFICATE OF SERVICE

The undersigned Assistant United States Attorney hereby certifies that the following documents:

**GOVERNMENT'S MOTION TO EXONERATE BOND**
and
**[PROPOSED] ORDER EXONERATING BOND**

were served on August 25, 2008, in accordance with FED. R. CRIM. P. 49, FED. R. CIV. P. 5, LR5.5, and the General Order on Electronic Case Filing (ECF) pursuant to the district court's system as to ECF filers.

By:  s/William R. Hogan
WILLIAM R. HOGAN
Assistant United States Attorney
219 South Dearborn Street, 5th Floor
Chicago, Illinois 60604
(312) 886-4185