Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Arlander Keys | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 CR 714 | **DATE** | 8/26/2008 |
| **CASE TITLE** | USA vs. Wiktorczyk | | |

**DOCKET ENTRY TEXT**

Motion by USA to exonerate bond [13] is granted. It is ordered that the quit claim deed currently held in the custody of the Clerk of the United States District Court, Northern District of Illinois, shall be returned to property owners Piotr Wiktorczyk and Edyta Poniewozik at 1758 West Surf Street, Chicago, Illinois. Enter Order Exonerating Bond. *Arlander Keys*

■ [ For further detail see separate order(s).]

Notices mailed by Judicial staff.

| | Courtroom Deputy Initials: | LCW |
|---|---|---|