UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | |
| ) | No. 07 CR 714 |
| EWA WIKTORCZYK ) | Magistrate Judge Arlander Keys |

ORDER EXONERATING BOND

This matter coming before the Court on the government's agreed motion and the Court being fully advised finds as follows:

(a) Pursuant to a Pretrial Release Oder entered in the above-captioned case on November 9, 2007, Piotr Wiktorczyk and Edyta Poniewozik posted their interest in certain real property to secure defendant EWA WIKTORCZYK's release on bond. As a result, the following property was encumbered pending the defendant's completion of the bond requirements.

1. Real property located at 1758 West Surf Street, Chicago, Illinois, legally described as follows:

> THE EAST 25.00 FEET OF LOT 8 IN COLUMBIA PLACE SUBDIVISION, BEING A SUBDIVISION IN THE NORTHEAST QUARTER OF SECTION 30, TOWNSHIP 40 NORTH, RANGE 14, EAST OF THE THIRD PRINCIPAL MERIDIAN, IN COOK COUNTY, ILLINOIS.

P.I.N. 14-30-223-265;

(b) As the criminal complaint against the defendant has been dismissed, the security for the bond is no longer required. Therefore, the government submitted a motion to exonerate the bond. In addition, the government requested that this Court order the release of any lien or other encumbrance lodged against the posted real property and further order that the quit claim deed

executed in favor of the United States of America, currently held in the custody of the Clerk of the United States District Court, Northern District of Illinois, be returned to the property owners.

Accordingly, it is hereby ORDERED, DIRECTION, and ADJUDGED:

1. That, as security for the bond for defendant EWA WIKTORCZYK is no longer required, the Court thus orders the bond exonerated. It is further ordered,

2. That, any lien or other encumbrance lodged against the real property listed in paragraph (a) above shall be released. It is further ordered,

3. That, the quit claim deed executed in favor of the United States of America, currently held in the custody of the Clerk of the United States District Court, Northern District of Illinois, shall be returned to property owners Piotr Wiktorczyk and Edyta Poniewozik at 1758 West Surf Street, Chicago, Illinois. It is further ordered,

4. That, this Court shall retain jurisdiction of this matter to take such additional action and enter further orders as necessary to implement and enforce this order.

                                                                         ARLANDER KEYS
                                                                         United States Magistrate Judge

Dated: August 26, 2008